IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Carson Darrell Rogers, #21187-057, )<br>)<br>        Petitioner, )<br>)<br>vs. )<br>)<br>John J. LaManna, Warden of FCI-Edgefield,)<br>)<br>        Respondent. )<br>        ) | Civil Action No.:4:07-2773-TLW-TER |

## **ORDER**

On August 13, 2007, the petitioner, Carson Darrell Rogers, ("petitioner") proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. #1). The case was automatically referred to Magistrate Judge Thomas E. Rogers, III, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #6). On August 24, 2007, Magistrate Judge Rogers issued the Report. In the Report, Judge Rogers recommends that "the petition be dismissed without prejudice and without requiring the respondent to file a return." (Doc. #6). The petitioner filed no objections to the report. Objections were due on September 13, 2007.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**  (Doc. #6).

**IT IS SO ORDERED**.

       s/Terry L. Wooten

Terry L. Wooten
United States District Judge

September 22, 2008
Florence, South Carolina

2